IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:10CR281 |
| Plaintiff, ) | |
| ) | JUDGE LESLEY WELLS |
| -vs- ) | |
| ) | |
| MAURICE MILLNER, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and be leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against Maurice Millner, defendant.

Steven M. Dettelbach
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

United States District Judge